DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
TATIANA FILIPPOVA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FOREST HENRY GILLIAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S 10-171-EFB |
| Plaintiff, | ) |
| | ) AMENDED STIPULATION AND ORDER |
| v. | ) |
| | ) |
| FOREST HENRY GILLIAM, | ) Date:  August 31, 2010 |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |
| _____ | ) |

     IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Lauren D. Cusick, Staff Attorney, attorney for FOREST HENRY GILLIAM, that the Court vacate the trial confirmation hearing on August 24, 2010 at 10:00 a.m. and the jury trial date set for August 31, 2010 at 9:30 a.m.  We respectfully request the court set a trial confirmation hearing on October 4, 2010 at 2:00 p.m. and a jury trial date for October 26, 2010 at 9:30 a.m.

     At present, additional time is needed to conduct an investigation into the events surrounding the charge against Mr. Gilliam.  In

particular, more time is needed to locate and contact witnesses.  The parties were informed by the court that the dates requested above were the available opportunities for the case to be heard.  The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through October 26, 2010, for defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated:  August 23, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Lauren Cusick
_____
LAUREN CUSICK
Assistant Federal Defender
Attorney for Defendant
FOREST HENRY GILLIAM

Dated: August 23, 2010          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Daniel S. McConkie for
                                _____
                                MATTHEW C. STEGMAN
                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: August 24, 2010          _____
                                Edmund F. Brennan
                                United States Magistrate Judge

Stipulation and Order            -2-