```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
TATIANA FILIPPOVA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FOREST HENRY GILLIAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 10-171-EFB |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| FOREST HENRY GILLIAM, | ) ) | Date: October 26, 2010<br>Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for FOREST HENRY GILLIAM, that the Court vacate the trial confirmation hearing on October 4, 2010 at 2:00 p.m. and the jury trial date set for October 26, 2010 at 9:30 a.m.  We respectfully request the Court set a trial confirmation hearing on January 4, 2011 at 2:00 p.m. and a jury trial date for January 25, 2011 at 9:30 a.m.

    At present, additional time is needed to conduct an investigation into the events surrounding the charge against Mr. Gilliam.  In

1 particular, more time is needed to locate and contact witnesses.  The
2 parties were informed by the court that the dates requested above were
3 available opportunities for the case to be heard.  The parties also
4 agree that the ends of justice served by granting defendant's request
5 for a continuance, outweigh the best interest of the public and the
6 defendant in a speedy trial, because the defense requires more time to
7 investigate and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).

8     The parties stipulate that for the purpose of computing time under
9 the Speedy Trial Act, the Court should exclude time from the date of
10 this order through January 25, 2011, for defense preparation and
11 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

12 Dated:  September 30, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
FOREST HENRY GILLIAM

Dated: September 30, 2010    BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  September 30, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order               -2-