DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
TATIANA FILIPPOVA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FOREST HENRY GILLIAM


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-10-171 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE COURT TRIAL AND RESET FOR CHANGE OF PLEA |
| FOREST HENRY GILLIAM, | |
| Defendant. | Date: January 25, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, FOREST HENRY GILLIAM, by and through his counsel, LINDA HARTER,

//

//

//

Chief Assistant Federal Defender, that the trial conformation hearing set for January 4, 2011 at 10:00 a.m. and the court trial set for January 25, 2011 at 9:30 a.m., be vacated and set for change of plea on December 20, 2010 at 10:00 a.m.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through December 20, 2010, for reasonable time to prepare. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated:   December 14, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
FOREST HENRY GILLIAM

Dated: December 14, 2010         BENJAMIN WAGNER
                                 United States Attorney

/s/ Heiko Coppola for
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED:   December 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Vacate CT and Reset COP                -2-