IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-171 EFB |
|---|---|
| Plaintiff, | ) ORDER CONTINUING SENTENCING |
| | ) HEARING AND SENTENCING SCHEDULE |
| v. | ) |
| FOREST HENRY GILLIAM, | ) Date:    March 7, 2011 |
| | ) Time:    2:00 p.m. |
| Defendant. | ) Judge:   Hon. Edmund F. Brennan |

Pursuant to the stipulation of the parties, filed on March 7, 2011, and for the reasons stated therein, IT IS HEREBY ORDERED THAT the sentencing hearing and the pre-sentence schedule currently scheduled in the case be modified as follows:

The proposed pre-sentence report shall be disclosed to counsel no later than March 28, 2011 ;

Counsel's written objections shall be delivered no later than April 11, 2011;

The pre-sentence report shall be filed with the court and disclosed to counsel no later than April 18, 2011;

////

1

1   Any motions for correction shall be filed and served no later than
2 April 25, 2011; and
3   Any reply or statement of non-opposition filed no later than May
4 2, 2011; and the judgment and sentencing date shall be May 9, 2011 at
5 10:00 a.m.
6 Dated:  March 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2