IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   No. CR. S-10-171 EFB
                            )
            Plaintiff,      )   ORDER CONTINUING SENTENCING
                            )   HEARING AND SENTENCING SCHEDULE
       v.                   )
                            )
FOREST HENRY GILLIAM,       )   Date:  May 9, 2011
                            )   Time:  10:00 a.m.
            Defendant.      )   Judge: Hon. Edmund F. Brennan
                            )
_____

    Pursuant to the stipulation of the parties, filed on April 26, 2011, and for the reasons stated therein, IT IS HEREBY ORDERED THAT the sentencing hearing and the pre-sentence schedule currently scheduled in the case be modified as follows:

    The pre-sentence report shall be filed with the court and disclosed to counsel no later than May 2, 2011;

    Any motions for correction shall be filed and served no later than May 9, 2011; and

    Any reply or statement of non-opposition filed no later than May 16, 2011; and the judgment and sentencing date shall be May 23, 2011 at 10:00 a.m.

Dated: April 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE