IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr.S 10-171 EFB |
| Plaintiff, | ) |
|  | ) ORDER FOR TRANSPORTATION |
| v. | ) |
|  | ) |
| FOREST HENRY GILLIAM, | ) Date:  May 23, 2011 |
|  | ) Time:  10:00 A.M. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, FOREST HENRY GILLIAM with transportation and subsistence expenses for travel to his appearance in Sacramento, California for the Eastern District of California on May 23, 2011. Mr. Gilliam will also need return transportation back to his in-patient program in Stockton, California, May 23, 2011.  The United States Marshal must furnish Mr. Gavin with money for subsistence expenses to and from his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

SO ORDERED.

Dated:  May 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE